DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TANVELLE WASHINGTON,<br><br>    Defendant. | Case No. 3:03-CR-00001(RRB)<br><br>APPLICATION AND AFFIDAVIT FOR ISSUANCE OF WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND |

STATE OF ALASKA  )
        ) ss.
THIRD JUDICIAL DISTRICT )

  I, RICHARD L. POMEROY, hereby state on oath:

  1. Judgment for $6,099.00 was imposed on May 29, 2003, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against TANVELLE WASHINGTON as judgment debtor.

  2. I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

  3. The judgment debtor was represented by counsel.

    4.    The judgment entered is not a default judgment.

    5.    ACCRUED since the entry of judgment are the following sums:

        $0.00     accrued interest, computed at 0%.

        $105.00    accrued costs.

    6.    CREDIT must be given for payments and partial satisfaction in the total amount of:

        $1,120.76 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

    7.    $5,083.24 ACTUALLY DUE on June 9, 2006. Of this total, $4,978.24 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

    8.    The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

    9.    The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

    10.   This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

U.S. vs. TANVELLE WASHINGTON
Case No.: 3:03-CR-00001(RRB)

DATED this 16th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006, at Anchorage, Alaska.

*Traci Ross*
NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

U.S. vs. TANVELLE WASHINGTON
Case No.: 3:03-CR-00001(RRB)