Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

Case No. A03-0001 CR (RRB)

Tanvelle Washington

On May 29, 2003, the above-named was placed on probation for a period of five years. The defendant has adjusted well to supervision and has complied with the rules and regulations of probation and is no longer in need of supervision. Since the beginning of supervision, the defendant has maintained contact with the probation service, has maintained a residence, and until recently, maintained employment with the same employer. The defendant is raising two sons on her own and would like to terminate early from probation supervision and relocate to Minneapolis, Minnesota, in order to be closer to family. It appears that Ms. Washington has complied with all of her conditions. She has submitted the mandatory three urinalysis specimens, provided DNA, paid the $100 special assessment, and on October 10, 2007, paid the remaining balance of restitution owed in this case, which totaled $5,999. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE                              10/4/07
Timothy M. Astle                                Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

RECEIVED
OCT 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 12 day of October, 2007.

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge