

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska   99513-7568

**RECEIVED**
NOV 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **3:03-CR-0001(RRB))** Original Writ of Execution

Date:  November 26, 2007

The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

Linda M. Cranmer
Civil Administrator/
Purchasing Agent

DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff



ORIGINAL
RECEIVED
NOV 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:03-CR-00001(RRB) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | WRIT OF EXECUTION ON |
| | ) | PERMANENT FUND DIVIDEND |
| TANVELLE WASHINGTON, | ) | |
| Defendant. | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On May 29, 2003, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against TANVELLE WASHINGTON as judgment debtor, for

$5,999.00 restitution

$100.00   special assessments, making a total amount of

$6,099.00 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$0.00     accrued interest, and

$105.00   accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$1,120.76 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$5,083.24 ACTUALLY DUE on June 9, 2006, of which $4,978.24 is due on the judgment as entered and bears interest at the rate of 0% per annum, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs. Fairbanks

DATED this 27th day of June, 2006 at ~~Anchorage~~, Alaska.

                                           IDA ROMACK
                                           Clerk of Court

By: **REDACTED SIGNATURE**
     Deputy Clerk

U.S. vs. TANVELLE WASHINGTON
Case No.: 3:03-CR-00001(RRB)          2